**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

David Adam Young, Appellant.

Appellate Case No. 2015-000483

———————

Appeal From Greenville County
R. Keith Kelly, Circuit Court Judge

———————

Unpublished Opinion No. 2017-UP-168
Submitted February 1, 2017 – Filed April 19, 2017

———————

**APPEAL DISMISSED**

———————

Chief Appellate Defender Robert Michael Dudek, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Donald J. Zelenka, both of Columbia; and Solicitor William Walter Wilkins, III, of Greenville, for Respondent.

———————

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**LOCKEMY, C.J., and GEATHERS and McDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.